UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHERYL PATTEN,

    Plaintiff,

v.

                                  Case No. 10-10822
                                  Hon. Lawrence P. Zatkoff

GUARDIAN LIFE INSURANCE COMPANY
OF AMERICA,

    Defendant.
_____/

## JUDGMENT

    IT IS ORDERED AND ADJUDGED that, in accordance with this Court's Opinion and Order dated September 27, 2011, Plaintiff's cause of action is hereby DISMISSED WITH PREJUDICE.

    IT IS FURTHER ORDERED that, with respect to Defendant's Counter-claim, Judgment is entered in favor of Defendant, and Plaintiff shall reimburse Defendant the amount of $12,546.18, plus applicable interest, if any, for overpayments made by Defendant.

    Dated at Port Huron, Michigan, this 27TH day of September, 2011.

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT


                              BY:    S/Marie E. Verlinde
                                          MARIE VERLINDE

APPROVED:

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE